## Pauline Matson, Appellee, v. Clare S. Jacobs et al., on appeal of Alvin E. Webber, Appellant.

### Gen. No. 19,322.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARCUS KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Dismissed. Opinion filed October 28, 1913.

## Statement of the Case.

Action by Pauline Matson against Clare S. Jacobs and others. From a judgment for plaintiffs, defendant Alvin E. Webber appeals.

EUGENE STEWART, for appellant.

LACKNER, BUTZ VON AMMON & McGREGOR, for appellee.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

### Abstract of the Decision.

APPEAL AND ERROR, § 1111*—*when dismissal is proper.* An appeal will be dismissed for failure of the appellant to file a complete record and abstracts and briefs within the time specified by orders of the court.